# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANK MORGAN, #C15189X, <br><br>  Petitioner, <br><br> vs. <br><br> JACQUELINE LASHBROOK, <br><br>  Respondent. | Case No. 19-cv-00209-NJR |

# JUDGMENT

This action came before the Court, Chief Judge Nancy J. Rosenstengel, for consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court, the Petition is **DENIED**. This entire action is **DISMISSED** without prejudice. Judgment is entered in favor of Respondent and against Petitioner.

**DATED**: April 29, 2019

MARGARET M. ROBERTIE,
Clerk of Court


By: s/ Tanya Kelley
      Deputy Clerk

**APPROVED**: _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge